FILED
CLERK, U.S. DISTRICT COURT

JUL 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALAFALA KHALAFALA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAN SCULLY,<br><br>    Defendant. | NO. CV 08-6773 SJO (FMO)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Report and Recommendation. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment on all parties.

DATED: 7/15/       , 2009.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE