FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALAFALA KHALAFALA, | NO. CV 08-6773 SJO (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JAN SCULLY, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 7/25/, 2009.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE